UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASSANDRA N. TULLAR, | Case No. C16-0887-RAJ-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. *See* Dkt. 1. The parties have stipulated that this case should be dismissed. *See* Dkt. 15. Accordingly, the parties' stipulated motion is GRANTED, and this case is DISMISSED without prejudice. Each party is responsible for their own costs and expenses. The Clerk is directed to strike Dkt. 14 as MOOT.

Because the parties have stipulated that the case be dismissed as set forth above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation. The Clerk should note the matter for **November 23, 2016** as ready for Judge Jones' consideration.

REPORT AND RECOMMENDATION
PAGE - 1

1   A proposed order accompanies this Report and Recommendation.

2   DATED this 23rd day of November, 2016.

/s/ James P. Donohue<br>
JAMES P. DONOHUE<br>
Chief United States Magistrate Judge