UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASSANDRA N. TULLAR, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of the Social Security, <br><br> Defendant. | Case No. C16-0887-RAJ <br><br> ORDER DISMISSING CASE |

The Court, after careful consideration of the plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Pursuant to the parties' stipulated motion, this case is DISMISSED without prejudice. Each party is responsible for their own costs and expenses.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 5th day of December, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER
PAGE - 1